THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB LUBAN, Appellant.

*People* v. *Luban*, 172 App. Div. ——, affirmed.
(Argued June 2, 1916; decided June 16, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 29, 1916, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of forgery in the second degree.

*Walter Rogers Deuel* and *Joseph Force Crater* for appellant.

*Harry E. Lewis, District Attorney* (*Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO and SEABURY, JJ. Dissenting: HOGAN, J.